FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**28808**
**12-MAR-2012**
**10:53 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---O0O---

HUI Z. CHEN, Plaintiff-Appellee/Cross-Appellant, v.
THOMAS J. HOEFLINGER, Defendant-Appellant/Cross-Appellee

NO. 28808

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 05-1-0279)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court filed on March 9, 2012, is corrected as follows:

In the last line of the first paragraph on page 30, the number "19" is deleted and replaced with the number "18" so that it reads:

supra n. 18).

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 12, 2012.

*[signature]*

Associate Judge

---

[1] Nakamura, C.J., Reifurth and Ginoza, JJ.